569 A.2d 915

**COMMONWEALTH of Pennsylvania**

v.

**Mumia ABU–JAMAL, Appellant.**

Supreme Court of Pennsylvania.

Jan. 26, 1990.

## ORDER

PER CURIAM.

AND NOW, this 26th day of January, 1990, the Petition for Reargument and the Motion for Leave to File Pro Se Supplement to Petition for Reargument are denied.

NIX, C.J., and LARSEN and CAPPY, JJ., did not participate in the consideration or decision of this case.